In The United States District Court
For The Southern District of Mississippi
Western Division

Janicholas Vankeith Scott # L1786            plaintiff
vs.
Management Training Corporation, et al      civil action no: 5:18-cv-44-DCB-MTP
                                             defendants

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

I have sent <u>multiple</u> ILAP forms to ILAP requesting assistance from the ILAP or Law Library. I stated on my forms that I needed pen and paper and I also stated that I must meet a filing deadline date. I have not recieved assistance from the Law Library in these past 2 weeks and I have missed a filing deadline date. Someone in this administration is hindering my access to the Inmate Legal Assistance Program. May this court assist me in having me moved or transfered from this facility due to the fact that I must comply with this courts orders on filing papers and not having my case dismissed due to non-compliance LEGAL of a court order. This facility is currently on lockdown and I have no other way of gaining access to pen, paper or legal assistance. I cannot comply with this courts order if this type of treatment keeps ongoing. I must continue to comply with this courts orders in a proper manner. I cannot do so with someone blocking my ILAP requests from getting to the proper personell. Please assist in having me remove from this facility. I consider this administration is holding this treatment as a form of retaliation against me and trying to have my case dismissed by hindering my access to these courts. This has to stop. I must be transfered

                                    Janicholas V. Scott # L1786

I must continue my communication with this court in an appropriate manner. Also other courts.
<u>I have missed access to this Law Labrary 2 consecutive weeks!</u>

I also have upcoming paperwork that I must file to the United States District Courts Southern District. I must file through ILAP because I am indigent. I cannot properly file papers or properly respond to court orders in this type of condition. Please assist in having me removed or transfered. This administration is trying to retaliate due to me having a pending lawsuit case against them. They also are not complying with furnishing writing materials which I cannot purchase because they have terminated commissary. This is a major problem. This matter must be addressed immediately. I have missed a filing deadline date on a motion for a seperate case. Sincerly, Janicholas Scott

\# L1786

**LEGAL**