

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 18 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**JANICHOLAS VANKEITH SCOTT # L1786**                                          **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 5:18-cv-44-MTP**

**MANAGEMENT TRAINING CORPORATION**, *et al.*                     **DEFENDANTS**

## FINAL JUDGMENT

For the reasons provided in a Memorandum Opinion and Order entered on this day, the Court enters this Final Judgment in accordance with Rule 58 in favor of Defendants. Plaintiff's claims are dismissed, and this case is closed.

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED.

This, the 18th day of September, 2019.

_____
Michael T. Parker
United States Magistrate Judge