Case: 5:18-cv-00044-MTP



Janicholas Vankeith Scott #L1786
Carroll-Montgomery County Regional Co[rrectional]
C-Pod Bed 43
33714 Hwy 35
Vaiden, MS 39176



**Other Events**
5:18-cv-00044-MTP Scott v.
Management Training Corporation et al
**CASE CLOSED on 09/18/2019**

CLOSED,ADMINISTRATIVE,CONSENT

## U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 2/6/2023 at 3:46 PM CST and filed on 2/6/2023
**Case Name:** Scott v. Management Training Corporation et al
**Case Number:** 5:18-cv-00044-MTP
**Filer:** Janicholas Vankeith Scott
**WARNING: CASE CLOSED on 09/18/2019**
**Document Number:** No document attached

**Docket Text:**
**Partial Payment of Filing fee made by: Plaintiff Janicholas Vankeith Scott $1.57, receipt number 3317, copy of docket entry mailed to plaintiff. (KNS)**


**5:18-cv-00044-MTP Notice has been electronically mailed to:**

Erin D. Saltaformaggio    esaltaformaggio@bradley.com, erin-saltaformaggio-2061@ecf.pacerpro.com, jspiller@bradley.com, mpalmer@bradley.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, michael-bentley-3817@ecf.pacerpro.com, mtbrown@bradley.com, sruhl@bradley.com

Molly Mitchell Walker    mmwalker@bradley.com, kchapman@bradley.com, molly-walker-8672@ecf.pacerpro.com, sruhl@bradley.com

Steven James Griffin    steven.griffin@ag.tn.gov, sgriffin@danielcoker.com, stevenjgriffin@gmail.com

Stevie F. Rushing    srushing@bradley.com, mrandall@bradley.com, stevie-rushing-9185@ecf.pacerpro.com

**5:18-cv-00044-MTP Notice has been delivered by other means to:**

Janicholas Vankeith Scott
#L1786
Carroll-Montgomery County Regional Correctional Facility
C-Pod Bed 43
33714 Hwy 35
Vaiden, MS 39176